*United States v. John A. O'Brien*

Case No. 6:25-mj-00015-HBK

Exhibit A – Body-Worn Camera of Philip Schulz

PLACEHOLDER