ERIC GRANT
United States Attorney
JOSHUA BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
BRIANA M. VOLLMER
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN ANTHONY O'BRIEN,

Defendants.

CASE NO. 6:25-MJ-000015-HBK

**THE UNITIED STATES' EXHIBIT LIST**

DATE: June 29, 2026
TIME: 9:00 a.m.
COURT: Hon. Helena M. Barch-Kuchta

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief. ("AIE" = admit in evidence/no objection; "OF" = objection to foundation, "OO" = other objection):

| **EXHIBIT NO.** | **DESCRIPTION** | **AIE** | **OF** | **OO** |
|---|---|---|---|---|
| 1 | Item<br>Bates Nos. O'Brien_J_000034<br>Axon Body 3 Video 2025-04-28 1938 X60A3467X | | | |
| 2 | Bates Nos. O'Brien_J_000035<br>Axon Body 3 Video 2025-04-28 1938 X60A3857X | | | |

| | | | | |
|---|---|---|---|---|
| 3 | Bates Nos. O'Brien_J_000006- O'Brien_J_000007<br>General Report Written by US Park Ranger Schulz | | | |

**ADDITIONAL EXHIBIT DURING TRIAL**

Leave is respectfully requested to include such other and additional exhibit as may become appropriate during the trial.

DATED: June 22, 2026

Respectfully Submitted,

ERIC GRANT
United States Attorney

*/s/ Joshua Banister*
JOSHUA BANISTER
Assistant United States Attorney

*/s/ Briana M. Vollmer*
BRIANA M. Vollmer
Law Enforcement Specialist (Rule 180)