ERIC GRANT
United States Attorney
JOSHUA BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
BRIANA M. VOLLMER
Law Enforcement Specialist (Rule 180)
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN ANTHONY O'BRIEN,

Defendants.

CASE NO. 6:25-MJ-00015-HBK

**THE UNITIED STATES' WITNESS LIST**

DATE June 22, 2026
TIME: 9:00 a.m.
COURT: Hon. Helena M. Barch-Kuchta

The United States, by and through its undersigned counsel, respectfully submits the following list of witnesses it may call in its case-in-chief.

| | **NAME** | **TITLE** |
|---|---|---|
| 1 | Philip Schulz | US Park Ranger, Zion National Park |
| 2 | Justin Fey | Supervisory Park Ranger, Yosemite |
| 3 | Cathy Johnson | Yosemite Hospitality Employee |
| 4 | Jeff Hunt | Yosemite Hospitality Employee |

DATED: June 22, 2026

Respectfully Submitted,

ERIC GRANT
United States Attorney

*/s/ Joshua Banister*

JOSHUA BANISTER
Assistant United States Attorney

*/s/ Briana M. Vollmer*
BRIANA M. Vollmer
Law Enforcement Specialist (Rule 180)