HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC BN #90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Counsel for Defendant
JOHN A. O'BRIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOHN ANTHONY O'BRIEN,<br>Defendant. | Case No. 6:25-mj-00015-HBK<br>**STIPULATION REGARDING TRIAL**<br>**TRIAL DATE: June 29, 2026**<br>**TIME: 9:00 a.m.**<br>**COURT: Hon. Helena M. Barch-Kuchta** |

STIPULATION REGARDING TRIAL EXHIBITS

The parties agree that the following video of recorded body-worn camera footage is admissible.

1. Defense Exhibit 40: Axon_Body_3_Video_2025-04-28_1937_X60AE983A.mp4

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: June 25, 2026

*/s/ Joshua Banister*
JOSHUA BANISTER
Assistant United States Attorney
Attorney for Plaintiff

Date: June 25, 2026

*/s/ Briana Vollmer*
BRIANA VOLLMER
Law Enforcement Specialist (Rule 180)

HEATHER E. WILLIAMS
Federal Defender

Date: June 25, 2026

*/s/ Lisa Ndembu Lumeya*
LISA N. LUMEYA
Assistant Federal Defender
Attorney for Defendant
JOHN A. O'BRIEN