AO 436
(Rev. 04/13)

*Read Instructions.*

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## AUDIO RECORDING ORDER

| | | | |
|---|---|---|---|
| 1. NAME<br>Lisa Lumeya | | 2. PHONE NUMBER<br>(559) 487-5561 | 3. EMAIL ADDRESS<br>Lisa_Lumeya@fd.org |
| 4. MAILING ADDRESS<br>2300 Tulare St., Ste. 330 | | 5. CITY<br>Fresno | 6. STATE CA / 7. ZIP CODE 93721 |
| 8. CASE NUMBER<br>6:25-mj-00015 | 9. CASE NAME<br>U.S. v. O'Brien | DATES OF PROCEEDINGS<br>10. FROM 6/29/2026 | 11. TO 6/29/2026 |
| 12. PRESIDING JUDGE<br>Barch-Kuchta | | LOCATION OF PROCEEDINGS<br>13. CITY Yosemite | 14. STATE CA |

15. ORDER FOR

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Bench Trial | June 29, 2026 |
| ☐ BAIL HEARING | | | |

17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| | **ESTIMATE TOTAL** | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| | |
|---|---|
| 18. SIGNATURE<br>/s/ Lisa N. Lumeya | 19. DATE<br>6/29/2026 |

| | | | | |
|---|---|---|---|---|
| PROCESSED BY<br>Grace Maddock | | | | PHONE NUMBER<br>(559) 487-5561 |
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY ORDER RECEIPT ORDER COPY